```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06210
   JAY L. LOPEZ
   MARIBEL LOPEZ                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-9948      SSN XXX-XX-4410


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/06/07 .

     2.  The case was dismissed without confirmation, 09/14/2007.

     3.  The Debtor paid a total of $     755.68 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
FIRST FRANKLIN             CURRENT MORTG          .00              .00             .00
FIRST FRANKLIN             MORTGAGE ARRE    NOT FILED              .00             .00
FIRST FRANKLIN             SECURED               .00              .00             .00
WELLS FARGO BANK           SECURED VEHIC         .00              .00          736.03
CACH LLC                   UNSECURED        NOT FILED              .00             .00
CACH LLC                   UNSECURED        NOT FILED              .00             .00
CERTIFIED SERVICES INC     UNSECURED        NOT FILED              .00             .00
CHECK PROTECTION SYSTEMS   UNSECURED        NOT FILED              .00             .00
COVENANT MANAGEMENT GROU   UNSECURED        NOT FILED              .00             .00
CREDIT ONE BANK            UNSECURED        NOT FILED              .00             .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED              .00             .00
DELL FINANCIAL             UNSECURED        NOT FILED              .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED              .00             .00
JP MORGAN CHASE BANK       UNSECURED        NOT FILED              .00             .00
MED BUSINESS BUREAU        UNSECURED        NOT FILED              .00             .00
MCS                        UNSECURED        NOT FILED              .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED              .00             .00
NATIONAL CITY BANK         UNSECURED        NOT FILED              .00             .00
NCO FINANCIAL              UNSECURED        NOT FILED              .00             .00
NICOR GAS                  UNSECURED        NOT FILED              .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED              .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED       PRIORITY      UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00            .00           .00            .00
PRINCIPAL PAID      736.03           .00            .00           .00         736.03
```

```
INTEREST PAID                       .00          .00         .00         .00         .00
TOTAL PAID                       736.03          .00         .00         .00      736.03
```
The Debtor's attorney, HAROLD M SAALFELD           , was allowed $       .00
and was paid $      .00 .

The Trustee received $    19.65 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/19/07                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE